SCANNED
DATE 5-12-04
BY: _____ cwb

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| JOHN DOE, a minor, by and through his father and next friend, JAMES DOE, <br><br>Plaintiffs<br><br>v.<br><br>MYSTIC VALLEY REGIONAL CHARTER SCHOOL, DR. ANTHONY BIEGLER, Superintendent, KATHY KINNON, Administrator of Special Education,<br><br>Defendants | 04 - 10937 GAO |

### MOTION FOR LEAVE TO PROCEED UNDER FICTIOUS NAMES

Comes now the Plaintiffs by and through their attorneys, and makes application for this Court to enter an order permitting Plaintiffs to proceed under fictitious names and in support thereof Plaintiff state as follows:

1. The minor Plaintiff herein is seven years old, a minor under the law.

2. The minor Plaintiff in this cause is as a student with a disability.

3. Educational and medical reports of the Plaintiff will likely be a part of the record in this case.

4. Due to the sensitive nature of the Plaintiff's disability and his youth, it could be permanently damaging to the Plaintiff and his family if their identity were to be made public.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully pray this Court to order that:

(1) this action may proceed with the Plaintiffs using fictitious names;

(2) all pleadings, motions, memoranda, briefs, and any other documents filed in this cause refer to Plaintiff and his parents by pseudonyms; and

(3) Plaintiffs' actual names where necessary for use in this action, are ordered by the Court to be placed in a sealed file not open to public inspection.

JOHN and JAMES DOE<br>
Plaintiffs<br>
<br>
_____<br>
TIM SINDELAR BBO# 557273<br>
Bowman, Moos & Hilton<br>
222 Third Street, Suite 3220<br>
Cambridge, MA 0212<br>
(617) 494 – 8808<br>
Fax: (617) 494-8960

Dated: May 11, 2004