UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10937GAO

JOHN DOE, )
v. )
)
MYSTIC VALLEY REGIONAL )
CHARTER SCHOOL, et al )
)
Defendants )

# WAIVER OF SERVICE OF SUMMONS

**TO: Tim Sindelar**

**Mystic Valley Regional Charter School** acknowledges receipt of your request that I waive service of a summons in the case of **JOHN DOE v. MYSTIC VALLEY REGIONAL CHARTER SCHOOL**, case number **04-10937GAO**, in the United States District Court for the District of Massachusetts.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Federal Rule of Civil Procedure 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Federal Rule of Civil Procedure 12 is not served upon you within sixty (60) days of the date of this waiver.

Date: 8/31/04

as                                          ☒ Mystic Valley Charter School.