UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br>a minor, by and through<br>his father and next friend,<br>JAMES DOE,<br><br>Plaintiffs,<br><br>MYSTIC VALLEY REGIONAL<br>CHARTER SCHOOL,<br>DR. ANTHONY BIEGLER,<br>  Superintendent,<br>KATHY KINNON,<br>  Administrator of<br>  Special Education,<br><br>Defendants. | **Civil Action No.**<br>**04-10937-GAO** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John D. Hanify, Karen A. Whitley and Christopher M. Morrison hereby enter their appearance as counsel for Defendant Mystic Valley Regional Charter School, in the above captioned action.

          Respectfully submitted,

          MYSTIC VALLEY REGIONAL
          CHARTER SCHOOL

          By its attorneys,


          /s/ Christopher M. Morrison
          John D. Hanify (BBO# 219880)
          Christopher M. Morrison (BBO# 651335)
          Karen A. Whitley (BBO# 564742)
          HANIFY & KING
          Professional Corporation
          One Beacon Street
          Boston, MA 02108
          (617) 423-0400

DATED: December 13, 2004


## CERTIFICATE OF SERVICE

  I, Christopher M. Morrison hereby state that on December 13, 2004, I served a copy of the within Appearance upon attorney for the plaintiff, Timothy A. Sindelar of Bowman, Moos & Hilton, 222 Third Street, Suite 3220, Cambridge, MA 02142, by first class mail, postage prepaid.

          /s/ Christopher M. Morrison
          Christopher M. Morrison

*419733*