UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10937-GAO

JOHN DOE, )
)
)
)
v. )
)
MYSTIC VALLEY REGIONAL )
CHARTER SCHOOL, )
)

## JOINT STATEMENT ON SCHEDULING

The parties, having discussed this matter, propose the following schedule in this matter:

(1) **Discovery.** All discovery shall be completed no later than June 15, 2005.

(2) **Motions.** All dispositive motions (e.g. Motions to Dismiss, for Summary Judgment) will be filed no later than August 15, 2005.

(3) **Certification.** The undersigned, by our signature, certify that we have conferred with our clients, discussed budgets for the costs of proceeding in this matter and the possibilities of resolving this litigation through the use of an alternative dispute resolution program.

| | |
|---|---|
| JOHN and JAMES DOE<br>Plaintiffs<br><br>TIM SINDELAR BBO# 557273<br>Bowman, Moos & Hilton<br>222 Third Street, Suite 3220<br>Cambridge, MA 0212<br>(617) 494 – 8808 | MYSIC VALLEY REGIONAL CHARTER<br>SCHOOL, Defendant<br><br>/s/ CM by<br>CHRISTOPHER MORRISON BBO # 651335<br>Hanify & King<br>One Beacon Street<br>Boston, MA 02108-3107<br>(617) 226-3465 |