UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10937 GAO
Magistrate Judge Dein

| | |
|---|---|
| JOHN DOE,<br>A minor, by and through<br>His father and next friend,<br>JAMES DOE,<br>    Plaintiffs<br>v.<br><br>MYSTIC VALLEY REGIONAL<br>CHARTER SCHOOL,<br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S LOCAL RULE 16.1(D)(3) CERTIFICATION

The undersigned certifies that Mystic Valley Regional Charter School and its counsel have conferred: (a) with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation; and (b) to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____
Fran Brown,
Treasurer
Mystic Valley Regional Charter School
Authorized Representative of the Defendant

_____
John D. Hanify (BBO # 219880)
Karen A. Whitley (BBO # 564742)
Christopher M. Morrison (BBO # 651335)
HANIFY & KING
Professional Corporation
One Beacon Street
Boston, Mass. 02108
(617) 423-0400

Dated: February 9, 2005
*423023*