UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10937 GAO

| | |
|---|---|
| JOHN DOE, <br> a minor, by and through <br> his father and next friend, <br> JAMES DOE, <br><br> Plaintiffs <br><br> v. <br><br> MYSTIC VALLEY REGIONAL <br> CHARTER SCHOOL, <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTION TO AMEND COMPLAINT

Plaintiffs move for leave to file the attached Amended Complaint. The Amended Complaint drops claims for relief based upon the Americans with Disabilities Act and reduces the Plaintiff's claims for relief to a claim for fees and costs incurred in an administrative action (and the present proceeding) to enforce rights and obligations under Section 504 of the Rehabilitation Act of 1973.

Dated: 4/13/2005

Respectfully submitted,
JOHN DOE and JAMES DOE
By their attorney,

Tim Sindelar
BBO #557273
BOWMAN, MOOS & HILTON
222 Third Street, #3220
Cambridge, MA 02142
(617) 494-8808

Certificate of Service

I certify that a true and exact copy of the foregoing Motion for Leave to File Amended Complaint was faxed and mailed, first class mail, to attorney for the Defendant:

    Karen A. Whitley
    Hanify & King
    One Beacon Street
    Boston, MA 02108-3107
this 13th day of April, 2005.