# HK | Hanify&King

**JOHN D. HANIFY**
Direct Dial: (617) 226-3450
E-mail: jdh@hanify.com

April 14, 2005

**BY EMAIL AND FIRST CLASS MAIL**

Timothy A. Sindelar, Esquire
Bowman, Moos & Hilton
222 Third Street, Suite 3220
Cambridge, MA 02142-1170

**PRIVILEGED COMMUNICATION
PROVIDED FOR SETTLEMENT
PURPOSES ONLY**

RE: <u>Doe v. Mystic Valley Regional Charter School</u>, C.A. No. 04-10937- GAO;
Offer of Judgment.

Dear Mr. Sindelar:

Pursuant to Fed. R. Civ. P. 68, the Defendant, Mystic Valley Regional Charter School ("the School"), hereby makes this Offer of Judgment to the Plaintiffs in the above-referenced action, John and James Doe ("the Does"). The School offers to allow judgment to be taken against it, and in favor of the Does, in the amount of thirty-five thousand dollars ($35,000.00) to fully settle with prejudice all of the claims asserted, or which could have been asserted, by the Does against the School in the above-referenced action.

This Offer of Judgment is inclusive of all categories of damages recoverable under Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. §§ 794 <u>et seq.</u>, which is the sole remaining claim in the Amended Complaint in this action, as well as any categories of damages recoverable under the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. This Offer of Judgment also is inclusive of all pre- and post-offer expenses, costs, and attorneys' fees incurred by the Does. It is not an admission that the School is liable to the Does or that the Does have suffered any damages.

In assessing the reasonableness of this Offer of Judgment, we urge you to consider that the relevant statute, 29 U.S.C. §794a(b), states that "the court, <u>in its discretion, may</u> allow the <u>prevailing party</u>, other than the United States, a reasonable attorney's fee as part of the costs." Emphasis added; see also Amended Complaint, ¶ 27.

---

Professional Corporation
Counsellors at Law

One Beacon Street
Boston, Massachusetts 02108-3107
Tel: 617-423-0400
Fax: 617-423-0498
www.hanify.com

HK | Hanify&King

Timothy A. Sindelar, Esquire
April 14, 2005
Page 2

In order to accept this Offer of Judgment on behalf of John and James Doe, you must countersign it in the space designated below and return the countersigned document to me within 10 days. This offer expires on the 11th day after the date hereof.

> Very truly yours,
>
> MYSTIC VALLEY REGIONAL
> CHARTER SCHOOL,
>
> By its attorneys,
>
> _____
> John D. Hanify (BBO # 219880)
> Karen A. Whitley (BBO # 564742)
> HANIFY & KING,
> Professional Corporation
> One Beacon Street
> Boston, MA 02108
> (617) 423-0400

**ACCEPTED BY:**

John Doe and James Doe,

By their attorney,

_____
Tim Sindelar
Bowman, Moos & Hilton
Attorneys at Law
222 Third Street, Suite 3220
Cambridge, MA 02412-1170

428235