UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10937 GAO

| | |
|---|---|
| JOHN DOE, a minor, by and through his father and next friend, JAMES DOE, <br><br>Plaintiffs <br><br>v. <br><br>MYSTIC VALLEY REGIONAL CHARTER SCHOOL, <br><br>Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**SATISFACTION OF JUDGMENT**

On April 14, 2005, the Defendant offered to allow a judgment to be taken against it in the amount of $35,000 to fully settle, with prejudice, all claims asserted or which could have been asserted against the Defendant. This offer was accepted by the plaintiffs and the Offer of Judgment filed herein on May 3, 2005. The plaintiffs acknowledge payment of said judgment, costs and interest in full and desire to release this judgment and hereby fully and completely satisfy the same.

Respectfully submitted,
JOHN DOE and JAMES DOE
By their attorney,

Dated: 5/26/2005

Tim Sindelar
BBO #557273
BOWMAN, MOOS & HILTON
222 Third Street, #3220
Cambridge, MA 02142
(617) 494-8808

Certificate of Service

I certify that a true and exact copy of the foregoing Satisfaction of Judgment was faxed and mailed, first class mail, to attorney for the Defendant:

>   Karen A. Whitley
>   Hanify & King
>   One Beacon Street
>   Boston, MA 02108-3107

Date:   May 29, 2005

_____